PER CURIAM. Judgment affirmed, with costs.

INGRAHAM, J., dissents.

SOUTHAMPTON ELECTRIC LIGHT CO., Appellant, v. VAN BRUNT et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by the Southampton Electric Light Company against Willis D. Van Brunt, president, and others, trustees, etc. No opinion. Appeal dismissed, with costs, on the ground that the printed appeal papers are insufficient.

SPINDLER v. GIBSON et al. (two cases). (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Annie Spindler against Mary E. Gibson and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

SPINDLER v. GIBSON. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by Annie Spindler against Mary E. Gibson. No opinion. Motion denied, with $10 costs.

STEARNS v. SHEPARD & MORSE CO. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by George A. Stearns against the Shepard & Morse Company. No opinion. Motion denied, with $10 costs.

STEARNS v. SHEPARD & MORSE LUMBER CO. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by George A. Stearns against the Shepard & Morse Lumber Company. No opinion. Motion denied, with $10 costs.

STEINACKER, Respondent, v. HILLS BROS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Charles Steinacker against the Hills Bros. Company. No opinion. Motion denied.

STEINMAN, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. March 24, 1904.) Action by Ignatz Steinman against the Interurban Street Railway Company. From a judgment for plaintiff, defendant appeals. Reversed. Henry W. Goddard and William E. Weaver, for appellant. Sol De Young (Frank Herwig, of counsel), for respondent.

SCOTT, J. A former judgment in favor of plaintiff was reversed, on the ground that upon plaintiff's own evidence it affirmatively appeared that he had been guilty of contributory negligence. 84 N. Y. Supp. 231. The evidence upon the present trial does not differ in any essential particular from that on the former trial. The judgment should be reversed, and a new trial granted, with costs to appellant to abide the event. All concur.

STEVENS, Appellant, v. MARCELLUS ELECTRIC R. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 5, 1904.) Action by Lyman A. Stevens against the Marcellus Electric Railroad Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

STRAUB, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Joseph Straub against the Metropolitan Street Railway Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulate to reduce recovery of damages to the sum of $750, and extra allowance proportionately, in which case the judgment and order, as modified, are unanimously affirmed, without costs of this appeal to either party.

In re SUGARMAN. (Supreme Court, Appellate Division, First Department. March 18, 1904.) In the matter of Ascher D. Sugarman. No opinion. Motion denied.

In re SUMMIT AVE. (Supreme Court, Appellate Division, First Department. March 18, 1904.) In the matter of Summit avenue. No opinion. Motion granted. Memorandum per curiam.

SUSE v. BIGLIN et al. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Leontine Suse against Bernard Biglin. No opinion. Motion denied, with $10 costs.

SUSE v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by Leontine Suse against the Metropolitan Street Railroad Company. No opinion. Motion denied, with $10 costs.

SUSSMAN et al., Appellants, v. OSFER, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Hyman Sussman and Alexander Sussman against Samuel Osfer. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re THOMAS. (Supreme Court, Appellate Division, Second Department. March 16, 1904.) In the matter of the application of James M. Thomas for admission to the bar. No opinion. Application granted.

THOMPSON, Respondent, v. INTERNATIONAL FERRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Helen Thompson against the International Ferry Company. No opinion. Judgment and order affirmed, with costs.